ACCEPTED
02-15-00282-cv
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
9/14/2015 4:13:50 PM
DEBRA SPISAK
CLERK

Filed: 9/3/2015
Juli Luke
Denton County, County Clerk
By: Theresa Robertson, Deputy

## NO. CV-2014-01886

| | | |
|---|---|---|
| **PAUL BOSCO** | § | **IN THE COUNTY COURT AT LAW** |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **NO. 2** |
| | § | |
| **MARIAN D'UNGER** | § | |
| *Defendant.* | § | **DENTON COUNTY, TEXAS** |

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
9/14/2015 4:13:50 PM
DEBRA SPISAK
Clerk

## NOTICE OF APPEAL

COMES NOW, Marian D'Unger, Defendant, and hereby files her Notice of Appeal and would respectfully show the following:

1.      The trial court was the County Court of Law No. 2 of Denton County, Texas. The trial court case number is CV-2014-01886 and the style shown by the Final Summary Judgment is Paul Bosco, Plaintiff v. Marian D'Unger, Defendant.

2.      The date of the Final Summary Judgment appealed from is June 05, 2015.

3.      Marian D'Unger, Defendant, desires to appeal.

4.      The appeal is to the Second Court of Appeals in Fort Worth, Texas.

5.      The name of the party filing the notice is Marian D'Unger.


Respectfully submitted,

YALE LAW
1417 E. McKinney Street, Suite 220
Denton Texas 76209
Tel. 940-891-4800
Fax. 940-891-1130

*/s/ Roger M. Yale*
Roger M. Yale:  roger@yalelawgroup.com
Texas State Bar No. 00789959
Jane M. Gekhman:  jane@yalelawgroup.com
Texas State Bar No. 24074265
J. Kevin Young:  kevin@yalelawgroup.com
Texas State Bar No. 24084135
Brittany A. Weaver:brittany@yalelawgroup.com
Texas State Bar No. 24092577
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on this September 3, 2015 via:

[ ]    Certified Mail Return Receipt Requested
[ ]    Facsimile
[ ]    Hand Delivery
**[XX]  EfileTexas.gov**

TO:    Julia Dobbins
       420 Commerce Street, Suite 500
       Fort Worth, Texas 76102
       Tel. (817) 336-9333
       Fax (817) 336-3735
       jdobbins@shannongracey.com
       Attorney for Defendant State Farm

       Chad D. Elsey
       3212 Long Prairie Road, Suite 200
       Flower Mound, Texas 75022
       Tel. 972-906-9695
       Fax 972-906-7998
       chad@elseylaw.com
       Attorney for Plaintiff

*/s/ Roger M. Yale*
Roger M. Yale